```
                          United States Bankruptcy Court
                          Western District of Washington
In re:                                                             Case No. 18-12037-CMA
Critical Power Exchange, LLC                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-2          User: admin              Page 1 of 1          Date Rcvd: May 25, 2018
                              Form ID: ntcclm          Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
```
db           +Critical Power Exchange, LLC,    7525 SE 24th St., Suite 630,    Mercer Island, WA 98040-2300
956394254    +Bankruptcy & Collections,    800 5th Ave,    Suite 2000,    Seattle, WA 98104-3188
956394256     US Attorney General,    US Dept of Justice,    950 Pennsylvania Ave. NW,
                Washington, DC 20530-0001
956394255    +United States Attorney,    700 Stewart St,    Suite 5220,    Seattle, WA 98101-4438
956394259    +Zachary Young,    Archer Norris,    2033 North Main Street,    Suite 800,
                Walnut Creek, CA 94596-3759
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           EDI: WADEPREV.COM May 26 2018 04:38:00      State of Washington,    Department of Revenue,
                2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
956394257     EDI: IRS.COM May 26 2018 04:38:00      US Treasury,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
956394258     Synnex Corporation
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
```
              Darrel B Carter    on behalf of Debtor    Critical Power Exchange, LLC Darrel@cbglaw.com
              Edmund J Wood    ewood1@aol.com, ejw@trustesolutions.net
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

Form ntcclm (01/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Critical Power Exchange, LLC
SSN:

SSN:

Debtor(s).

Case Number: 18−12037−CMA
Chapter: 7

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS
## AND PAYMENT OF ESTATE FEES

YOU ARE NOTIFIED that the Trustee in this case, **Edmund J Wood**, has discovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **August 27, 2018.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

A Proof of Claim form may be filed electronically through the Court's website: http://www.wawb.uscourts.gov/eclaims.htm. Filing claims electronically requires access to the internet, but no login or password is required. Alternatively, claims can be submitted to the Court in paper through the U.S. Mail.

There is no fee for filing the proof of claim.

## ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
## ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM

If the Trustee recovers assets in this case, the estate will be required to pay banking fees not to exceed 2% of the estate's bank account balance per year. In addition, the estate may be required to pay a bond premium not to exceed 0.1% of the estate's bank account balance. If you object to the payment of these amounts, you must file an objection with the Court on or before the deadline set above for the filing of proofs of claim and set the matter for hearing.

Dated: May 24, 2018

Mark L. Hatcher
Clerk of the Bankruptcy Court